**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------ x
UNITED STATES OF AMERICA :
      - v. - :
ANTHONY ACEVEDO, :
     Defendant. :
:
------------------------------ x

**07 CRIM. 802**

NOTICE OF INTENT TO
FILE AN INFORMATION

JUDGE BAT[TS]

    Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
           July 25, 2007

                            MICHAEL J. GARCIA
                            United States Attorney

                By:   _____
                       William J. Harrington
                       Assistant United States Attorney

AGREED AND CONSENTED TO:

                By:   _____
                       Alan Baum, Esq.
                       Attorney for Anthony Acevedo

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/1/07

8/1/07   WHEEL A