JUDGE BATTS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA           :
                                   :   INFORMATION
                                   :
         - v. -                    :   07 Cr.
                                   :
ANTHONY ACEVEDO,                   :        6 CRIM.
                                   :
         Defendant.                :
                                   :
- - - - - - - - - - - - - - - - - X

COUNT ONE

The U.S. Attorney charges:

From in or about May 2006 up to and including in or about June 2006, in the Southern District of New York and elsewhere, ANTHONY ACEVEDO, the defendant, unlawfully, willfully, and knowingly did possess a film, videotape, computer disk, and other material that contained images of child pornography, as that term is defined in Title 18, United States Code, Section 2256(8), that had been mailed, and shipped and transported in interstate and foreign commerce by any means, including by computer, to wit, ACEVEDO possessed images of child pornography on his computer in New York, New York, after downloading them from computers located outside of New York.

(Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2))

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: AUG 23 2007

*Michael J. Garcia*
MICHAEL J. GARCIA
United States Attorney