$200,000 PRB TO BE CO-SIGNED BY ONE FINANCIALLY RESPONSIBLE PERSON'S; TRAVEL LIMITED TO SDNY/EDNY; DISTRICT OF NEW JERSEY AND PENNSYLVANIA; SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS);

Case 1:07-cr-00802-DAB    Document 5    Filed 08/23/2007    Page 1 of 1

AO 98 (Rev. 8/85)

# United States District Court

## SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | **APPEARANCE BOND** |
|---|---|
| V. | CASE NUMBER |

ANTHONY ACEVEDO
Defendant

07 CR

# 07 CRIM 802

Non-surety:    I, the undersigned defendant acknowledge that I and my...

Surety:   We, the undersigned, jointly and severally acknowledge that we and our...

personal representatives, jointly and severally, are bound to pay to the United States of America the sum of

$   200,000                                     , and there has been deposited in the Registry of the Court the sum of

$   XXXXXXXXXXXXXXXXXXXX   in cash or   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

Describe other security

The conditions of this bond are that the defendant            ANTHONY ACEVEDO

Name

is to appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States district court to which the defendant may be held to answer or the cause transferred.  The defendant is to abide by any judgment entered in such a manner by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgement.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith.  Forfeiture of this bond for any breach of its conditions may be declared by any United States district court having cognizance of the above entitled matter at the time of such breach and if the bond if forfeited and if the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States district court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

This bond is signed on          August 23, 2007          at U.S. Courthouse, 500 Pearl Street, New York, N.Y. 10007

Date

Defendant _____   Address   _____
ANTHONY ACEVEDO                                    NY  NY  10040

Surety _____   Address   _____
DIANA ACEVEDO                                        SAME

Surety _____   Address   _____

Signed and acknowledged before me on          August 23, 2007

Date

_____
Judicial Officer/Clerk

Approved: _____

Judicial Officer

AUSA JOHN ZACH

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: Aug 2 8 2007

©1997 B.Kalishakos U.S.D.C.-S.D.N.Y.