UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA,

        -against-　　　　　　　　　　07 Cr. 802 (DAB)
                                                    ORDER

ANTHONY ACEVEDO,

              Defendant.
------------------------------------X
DEBORAH A. BATTS, United States District Judge.

On August 23, 2007 the Defendant pled guilty to Count One of the Information before Magistrate Judge James C. Francis.

The Probation Office shall complete its final Pre-sentencing Report by November 21, 2007. The sentencing date has been adjourned sine die.

The Parties shall submit to Chambers any pre-sentencing arguments and information that they might wish to present by 4:00 on November 28, 2007. Even if the Parties completely concur with the recommendations of the Probation Office's Pre-sentencing Report or if a Party has no response to the opposing Party's pre-sentencing submission, the Court nonetheless requires a written statement to that effect on or before November 28, 2007.

SO ORDERED.

Dated:    New York, New York
           September 21, 2006

                                            DEBORAH A. BATTS
                                     United States District Judge
                                                9/21/07