USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: Oct 3, 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA,

           -against-           07 Cr. 802 (DAB)
                                      ORDER

ANTHONY ACEVEDO,

           Defendant.
------------------------------------X
DEBORAH A. BATTS, United States District Judge.

    On September 21, 2007, this Court issued an Order setting the date for completion of the final Pre-Sentence Report for November 21, 2007, and adjourning the sentencing date sine die. This Order supercedes and modifies that earlier Order as described herein.

    On August 23, 2007 the Defendant pled guilty to before Magistrate Judge James C. Francis. The Probation Office shall complete its final Pre-sentencing Report by December 19, 2007. The sentencing date has been adjourned sine die. In light of the holidays, the Parties shall submit to Chambers any pre-sentencing arguments and information that they might wish to present by 4:00 on January 7, 2008. Even if the Parties completely concur with the recommendations of the Probation Office's Pre-sentencing Report or if a Party has no response to the opposing Party's pre-sentencing submission, the Court nonetheless requires a written statement to that effect on or before January 7, 2008.

SO ORDERED.

Dated:    New York, New York
          October 3, 2007

                                                 /s/ Deborah A. Batts
                                                 DEBORAH A. BATTS
                                       United States District Judge