```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                  :
UNITED STATES OF AMERICA          :
                                  :
     - v. -                       :              ECF CASE
                                  :
Anthony Acevedo,                  :      NOTICE OF APPEARANCE AND
                                  :         REQUEST FOR ELECTRONIC
         Defendant.               :              NOTIFICATION
                                  :
                                  :         07 Cr. 802 (DAB)
                                  :
- - - - - - - - - - - - - - - - - x
```

TO: Clerk of Court

    United States District Court

    Southern District of New York


The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

    Respectfully submitted,

    MICHAEL J. GARCIA
    United States Attorney for the
      Southern District of New York

    by: /s/ William J. Harrington
    William J. Harrington
    Assistant United States Attorney
    Tel: (212) 637-2331
    Fax:(212) 637-2930