ALAN BAUM (#042160)
6246 Shoup Ave.
Woodland Hills, CA 91367
Telephone: (818) 590-5542
Facsimile: (818) 598-8701
sfvab@aol.com

Attorney for Defendant,
ANTHONY ACEVEDO

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No.: 07-CR 802 (DAB) |
| ) | |
| Plaintiff, ) | DEFENDANT'S STATEMENT OF NO |
| ) | OBJECTION TO PRESENTENCE REPORT |
| v. ) | |
| ) | |
| ANTHONY ACEVEDO, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Defendant, ANTHONY ACEVEDO, by and through his attorney of record, Alan Baum, hereby states that he has no objection to the factual content or the guideline calculations contained in the Probation Officer's presentencing report. Defendant intends to file under separate cover a Sentencing Memorandum relevant to sentencing factors under 18 U.S.C. §3553(a).

Dated: January 9, 2008                                   ____/s/ Alan Baum____
                                                                            ALAN BAUM
                                                                            Attorney for Defendant